UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

IN ADMIRALTY

CASE NO.   2:23-cv-01090-JLB-KCD

IN THE MATTER OF:

The Complaint of Estero Island Parasail, Inc.
as Owner of a 2009 Nautica Rib 18' 8" bearing
Hull Identification No. PTJ9633E909
its Engines, Tackle, Appurtenances, Equipment,
& ETC., in a cause of Exoneration from or
Limitation of Liability,

    Petitioner.

_____/

## MONITION

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

WHEREAS, an Amended Complaint (Petition) was filed in the United States District Court for the Middle District of Florida by Petitioner, ESTERO ISLAND PARASAILING, INC., as Owner of 2009 Nautica Rib 18' 8" bearing Hull Identification No. PTJ9633E909 its Engines, Tackle, Appurtenances, Equipment, & Etc. (the "Vessel"), with respect to losses, damages, and injuries caused or occasioned by or occurring as a result of an incident which transpired on said

Vessel on May 21, 2022, for the reasons mentioned in the Petition, and praying that a Monition be issued our of said Court citing all persons claiming damages by reason or the matters aforesaid to appear before said Court and to make due proof of their respective claims and to answer the allegations of the Petition, and that if it shall appear the Petitioner is liable for any such losses, damages, or injuries, the Petitioner's liability be limited to the amount or value of the Petitioner's interest in the Vessel immediately following the incident described in said Petition, and praying for other further relief; and

WHEREAS, the Petitioner has caused to be deposited with the Clerk of Court an Amended Ad Interim Stipulation for Value and a Letter of Undertaking for the sum of $30,000.00, together with cots and annual interest at six percent, and the Court having directed by an Order entered herein that a Monition be issued against all persons or entities claiming damages for any losses, destruction, injuries, or death arising out of the incident described in the Petition, citing them to file their respective claims with the Clerk of Court and to serve on or mail to the Petitioner's attorney a copy thereof **on or before <u>February 26, 2024</u>.**

YOU ARE THEREFORE COMMANDED to cite all persons or entities claiming damages for losses or injury arising out of the May 21, 2022 incident, described in the Petition, to file their respective claims with the Clerk of the Court and to serve on or mail to Arthur Cholodofsky, at Mintzer Serowitz Zeris Ledva

& Myers, LLP, attorney for the Petitioner, a copy thereof **on or before February 26, 2024**; and

YOU ARE COMMANDED to cite such claimants to appear and answer the Petition herein on or before the date last named or within such further time as the Court may grant, and to have and receive such further relief as may be due.

Dated this 11th day of January, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies to:
Counsel of record