UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESTERO ISLAND PARASAIL,
INC., as Owner of a 2009 Nautica
Rib 18' 8" bearing Hull
Identification No. PTJ9633E909 its
Engines, Tackle, Appurtenances,
Equipment, and ETC., in a cause of
Exoneration from or Limitation of
Liability,

    Petitioner,

v.                                      Case No.:  2:23-cv-1090-JLB-KCD

CAROL BARDON,

    Claimant.
_____/

## **ORDER**

Before the Court is Claimant Carol Bardon's Unopposed Motion to Stay Limitation Action and Lift the Injunction Against State Court Action. (Doc. 22.) The Court grants the motion and lifts the limitation stay to allow for Bardon to prosecute a negligence case in state court.

Accordingly, it is now

**ORDERED**:

1. The Unopposed Motion to Lift Limitation Stay (Doc. 22) is **GRANTED**.

2. The limitation injunction against state court proceeding is dissolved and Bardon may proceed with her claim pending in state court.

3. This case is **STAYED** pending resolution of the state-court action.

4. The parties must **FILE** a joint status report on the progress of the state-court action on **September 19, 2024**, and every six (6) months after.

5. Within **seven (7) days** of the state-court action resolving, the parties must **FILE** a notice saying as much and indicating whether further proceedings are necessary here.

6. The Clerk is **DIRECTED** to **ADD** a stay flag on the docket and **ADMINISTRATIVELY CLOSE** the case.

**ORDERED** in Fort Myers, Florida this March 26, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record